

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514  PHONE (516) 334-4500  FAX (516) 334-4501  WWW.SOKOLOFFSTERN.COM

BRIAN S. SOKOLOFF
BSOKOLOFF@SOKOLOFFSTERN.COM

May 29, 2026

Hon. Victoria Reznik, U.S.M.J.
U.S. District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

**VIA ECF**

Re:     *Becerril v. DiPalma, et al.*
        Docket No. 25-cv-01641 (VR)

Your Honor:

We represent Defendants Joseph DiPalma and Jonthan Hurtado in this matter. We write jointly with Plaintiff's counsel to request a brief 30-day adjournment of the time to file a stipulation of dismissal, as the Town of Fishkill will be voting on settlement agreement in an upcoming meeting. This brief extension will allow the Town to complete the vote and the parties to fully implement the settlement agreement.

Thank you for your attention to this matter.

Respectfully submitted,

Brian S. Sokoloff

BSS/--

cc:     All Counsel

        *BY ECF*

The parties' request is **GRANTED**. By no later than **7/1/2026**, the parties are directed to either file a stipulation of dismissal or submit a joint letter updating the Court on the status of settlement.

The Clerk of Court is kindly directed to close the gavel associated with ECF No. 37.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 6/1/2026

LONG ISLAND    ▪    HUDSON VALLEY